■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAR BLOUNT, Appellant. [842 NYS2d 110]—Mugglin, J. Appeal from a judgment of the County Court of Washington County (Berke, J.), rendered September 15, 2006, convicting defendant upon his plea of guilty of the crime of aggravated harassment of an employee by an inmate.

Defendant pleaded guilty to aggravated harassment of an employee by an inmate and was sentenced in accordance with the plea agreement as a second felony offender to 1½ to 3 years in prison. Defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the basis that there are no nonfrivolous issues to be raised on appeal. Having reviewed the record and the parties' briefs, we agree. Defendant was afforded meaningful representation throughout the proceedings, entered a voluntary, knowing and intelligent guilty plea and received the minimum permissible sentence under the law. Accordingly, the judgment is affirmed and counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Cardona, P.J., Carpinello, Rose and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.